IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BEAUTIFUL 2021 STORE, et al.,<br><br>Defendants. | Case No. 22-cv-03522<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Young B. Kim** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Deckers having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products infringing directly and/or indirectly the following patented design (the "UGG Design") to residents of Illinois.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D901,869 | | November 17, 2020 |



    THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling and importing any product not authorized by Deckers and that includes any reproduction, copy or colorable imitation of the design claimed in the UGG Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the UGG Design; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Deckers' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), DHgate, Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice

disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the UGG Design.

3. Pursuant to 35 U.S.C. § 289, Deckers is awarded profits from each of the Defaulting Defendants for infringing use of the UGG Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Aliases | Award |
|---|---|
| ETHEL ANDERSON Official Store | $9,313 |
| Brand Luxury Mall | $250 |
| Led shoes factory, Shanghai, China | $250 |
| Little Angels | $686 |
| laughing out loud Store | $716 |
| Merry Moments Store | $393 |
| BEVERGREEN Store | $250 |
| Eric's shoe shop Store | $250 |
| GRACEFULLEAVES Mu ChenZe Fur Store | $250 |
| PUIMENTIUA 001 Stylish Store | $1,316 |
| Shop5217032 Store | $250 |
| DAVID 999 Store | $250 |
| YUWEKI Store | $518 |
| WOTTE Official Store | $250 |
| LAFAVIYI Trading Store | $250 |
| LLUU Store | $250 |
| Beautiful 2021 Store | $250 |
| shoesallyouhave Store | $394 |
| Shop910724126 Store | $250 |
| bulalay Store | $250 |
| TonyBlunt Store | $2,096 |
| DropShipping Minzhe WHNB Store | $250 |
| Ya-Downy Store | $250 |
| xixili 2 Store | $250 |
| Mistkerau Store | $250 |
| SHEKEL Store | $250 |
| Jiashen Store | $384 |
| Hui oblique combination Store | $270 |
| Praise-01 Store | $1,211 |
| Star grocery store | $250 |
| bufan shop | $1,130 |

| | |
|---|---|
| KIKIGO | $250 |
| MAJIZHEN | $250 |
| Lingqian Department Store | $250 |
| LSWB | $250 |
| LinXianAnYiRiZaDian | $250 |
| yqzx350 | $283 |
| HuaXinShangWu | $250 |
| Kaili Department Store | $250 |
| XiaoLanShengKeJi-EU | $250 |
| lishiquhouqinshangmao | $250 |
| LT MOR | $19,762 |
| onemostore | $250 |
| bigbigworld2014 | $2,141 |
| fugui87fhnien | $250 |
| xianyicheng321 | $250 |

4. Deckers may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, by e-mail delivery to the e-mail addresses Deckers used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, are hereby released to Deckers as partial payment of the above-identified damages, and Third Party

Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, are ordered to release to Deckers the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Bereda, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Deckers as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Deckers identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Deckers may send notice of any supplemental

proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Bereda and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Deckers is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Deckers or its counsel.

This is a Final Judgment.

DATED: September 27, 2022

                                           _____
                                           Virginia M. Kendall
                                           United States District Judge

**Deckers Outdoor Corporation v. Beautiful 2021 Store, et al. - Case No. 22-cv-03522**

# Schedule A

**Defendant Online Marketplaces**

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/900244476 | Beautiful 2021 Store |
| 2 | aliexpress.com/store/2922046 | BEVERGREEN Store |
| 3 | aliexpress.com/store/135364 | Brand Luxury Mall |
| 4 | aliexpress.com/store/910779018 | bulalay Store |
| 5 | aliexpress.com/store/5493022 | DAVID 999 Store |
| 6 | aliexpress.com/store/911660095 | DropShipping Minzhe WHNB Store |
| 7 | aliexpress.com/store/4298008 | Eric's shoe shop Store |
| 8 | aliexpress.com/store/1241098 | ETHEL ANDERSON Official Store |
| 9 | aliexpress.com/store/5002362 | GRACEFULLEAVES Mu ChenZe Fur Store |
| 10 | aliexpress.com/store/912338017 | Hui oblique combination Store |
| 11 | aliexpress.com/store/912224340 | Jiashen Store |
| 12 | aliexpress.com/store/5693014 | LAFAVIYI Trading Store |
| 13 | aliexpress.com/store/2503011 | laughing out loud Store |
| 14 | aliexpress.com/store/1394192 | Led shoes factory, Shanghai, China |
| 15 | aliexpress.com/store/2184166 | Little Angels |
| 16 | aliexpress.com/store/5794556 | LLUU Store |
| 17 | aliexpress.com/store/2802043 | Merry Moments Store |
| 18 | aliexpress.com/store/911760233 | Mistkerau Store |
| 19 | aliexpress.com/store/912490097 | Praise-01 Store |
| 20 | aliexpress.com/store/5054085 | PUIMENTIUA 001 Stylish Store |
| 21 | aliexpress.com/store/911837370 | SHEKEL Store |
| 22 | aliexpress.com/store/910350351 | shoesallyouhave Store |
| 23 | aliexpress.com/store/5217032 | Shop5217032 Store |
| 24 | aliexpress.com/store/910724126 | Shop910724126 Store |
| 25 | aliexpress.com/store/911390028 | TonyBlunt Store |
| 26 | aliexpress.com/store/5619408 | WOTTE Official Store |
| 27 | aliexpress.com/store/911756263 | xixili 2 Store |
| 28 | aliexpress.com/store/911710416 | Ya-Downy Store |
| 29 | aliexpress.com/store/5564124 | YUWEKI Store |
| 30 | amazon.com/sp?seller=A12SKME2ZEFBOS | bufan shop |
| 31 | amazon.com/sp?seller=A3G5YMJYO8QXX1 | HuaXinShangWu |
| 32 | DISMISSED | DISMISSED |

| 33 | amazon.com/sp?seller=A642WV2OTOAF7 | Kaili Department Store |
|---|---|---|
| 34 | amazon.com/sp?seller=A1EO34IBBY8VJF | KIKIGO |
| 35 | amazon.com/sp?seller=A2LS61ZBHENBQI | Lingqian Department Store |
| 36 | amazon.com/sp?seller=A2ZJ3A0XCI7WJG | LinXianAnYiRiZaDian |
| 37 | amazon.com/sp?seller=AP2BW4EF1APIY | lishiquhouqinshangmao |
| 38 | amazon.com/sp?seller=A2RQKGKR0L7TRG | LSWB |
| 39 | amazon.com/sp?seller=ASOPR3SJVMMUE | LT MOR |
| 40 | amazon.com/sp?seller=A2IIMM7QJBFGNW | MAJIZHEN |
| 41 | DISMISSED | DISMISSED |
| 42 | amazon.com/sp?seller=A123WA6AZJDLFI | Star grocery store |
| 43 | amazon.com/sp?seller=AFH62KXA9MWYO | XiaoLanShengKeJi-EU |
| 44 | amazon.com/sp?seller=A35DJU23JCSOPI | yqzx350 |
| 45 | dhgate.com/store/21039233 | onemostore |
| 46 | wish.com/merchant/53e467ebff4d6d1b59bdae9d | bigbigworld2014 |
| 47 | wish.com/merchant/5ad16358abef952cd9ebb462 | fugui87fhnien |
| 48 | wish.com/merchant/60e57b548d64ad7081ceafea | xianyicheng321 |